MICHAEL W. VIVOLI (Bar No. 184366)
(email: mvivoli@vivolilaw.com)
JASON P. SACCUZZO (Bar No. 221837)
(email: jsaccuzzo@vivolilaw.com)
VIVOLI SACCUZZO, LLP
2550 Fifth Avenue, Suite 709
San Diego, California 92103
(619) 744-9992 (Tel)
(619) 744-9994 (Fax)

Attorneys for Creditors,
EMIL YOUSSEFZADEH and PAULINE YOUSSEFZADEH

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>TONY "AZIZ" ASHAI,<br><br>            Debtor.<br>_____<br>EMIL YOUSSEFZADEH, an individual,<br>and PAULINE YOUSSEFZADEH, an<br>individual,<br><br>            Plaintiffs,<br><br>v.<br><br>TONY "AZIZ" ASHAI,<br><br>            Defendant.<br>_____ | CASE NO.: 2:13-bk-11265-ER<br>Adversary Case No.: 2:13-01447-ER<br><br>Chapter 7<br><br>**NOTICE OF SETTLEMENT OF ADVERSARY PROCEEDING AND CONTEMPLATED DISMISSAL OF ACTION**<br><br>[Bankruptcy Code §§ 523 and 727]<br><br>Trial: February 24, 2014<br>Time: 9:00 a.m.<br>Dept.: Crtrm 1568<br>Judge: Ernest M. Robles |

---

1
NOTICE OF SETTLEMENT OF ADVERSARY PROCEEDING AND CONTEMPLATED DISMISSAL
OF ACTION

**TO THE COURT CLERK, THE TRUSTEE, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 12, 2013, the above-captioned adversary proceeding (the "Adversary Proceeding") was commenced in the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on September 24, 2013, following good faith negotiations concerning the Adversary Proceeding, Plaintiffs Emil Youssefzadeh and Pauline Youssefzadeh ("Plaintiffs") and Defendant Tony Ashai aka Tony Aziz ("Defendant") entered into a written settlement agreement (the "Settlement Agreement") which, subject to Bankruptcy Court approval *if necessary* and certain other conditions set forth in the Settlement Agreement, will result in dismissal of the Adversary Proceeding and the underlying State Court Action entitled *Emil Yousseefzadeh et al. v. Tony Ashai et al.*, LASC Case No. YC065553.

**PLEASE TAKE FURTHER NOTICE** that in light of the Settlement Agreement, the parties stipulate to a **forty-five (45)** day extension of the deadline for Defendant to file a responsive pleading to Plaintiffs' First Amended Complaint Objecting to Dischargeability of Debt and Discharge of Bankruptcy.

**PLEASE TAKE FURTHER NOTICE** that subsequent to the entry of an order approving the Settlement Agreement, if the trustee or Court deems a motion necessary, the Parties will file with in Adversary Proceeding a *Stipulation of Dismissal* thereby dismissing the Adversary Proceeding.

Date: September 25, 2013    VIVOLI SACCUZZO, LLP

By: /s/ *Jason P. Saccuzzo*
    MICHAEL W. VIVOLI
    JASON P. SACCUZZO
    Attorneys for Creditors
    EMIL YOUSSEFZADEH and
    PAULINE YOUSSEFZADEH

1  Date: September 25, 2013                    WHITBECK, KOOSHKI, & ZREIK, LLP

2

3                                              By: /s/ *Sam Zreik*
4                                                  SAM ZREIK
                                                   KAM KOOSHKI
5                                                  Attorneys for Debtor
6                                                  TONY ASHAI

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3
NOTICE OF SETTLEMENT OF ADVERSARY PROCEEDING AND CONTEMPLATED DISMISSAL OF ACTION